# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Amanda Springmeier

                Plaintiff,

v.                                            Case No.: 1:21−cv−04427

                                                      Honorable Ronald A. Guzman

Landry's Management, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 9, 2022:

      MINUTE entry before the Honorable Jeffrey Cummings: Remote video settlement conference held on 8/9/22, the parties have reached an agreement to settle the case, and they will file a joint stipulation to dismiss the case with prejudice on or before 9/20/22. All matters related to this referral having been concluded, the referral is closed and the case is returned to the assigned District Judge. Magistrate Judge Cummings no longer assigned to the case. Mailed notice(cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.