# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMANDA SPRINGMEIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cv-04427 |
| | ) |
| LANDRY'S MANAGEMENT, INC., | ) Hon. Ronald A. Guzman |
| | ) |
| Defendant. | ) Magistrate Jeffrey Cummings |

## STIPULATION TO DISMISS

**NOW COME** the Parties, by and through their respective undersigned counsel, and as their stipulation to dismiss pursuant to FRCP 41, hereby request that this honorable Court dismiss this case with prejudice, each side to bear their own costs and attorney fees.

Respectfully submitted.

Dated: September 14, 2022

| | |
|---|---|
| /s/ Jonathan C. Goldman | /s/ Gerald Maatman |
| Jonathan C. Goldman | Gerald Maatman |
| Law Offices of Goldman & Ehrlich, Chtd. | Alex W. Karasik |
| 10 South LaSalle St., Suite 1800 | Seyfarth Shaw LLP |
| Chicago, Illinois 60603 | 233 S. Wacker Drive, Suite 8000 |
| jon@goldmanehrlich.com | Chicago, Illinois 60606 |
| Attorney for Plaintiff | GMaatman@seyfarth.com |
| | AKarasik@seyfarth.com |
| | Attorneys for Defendant |