# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Amanda Springmeier

                Plaintiff,

v.                                         Case No.: 1:21−cv−04427
                                                          Honorable Ronald A. Guzman

Landry's Management, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 14, 2022:

        MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' stipulation of dismissal, Plaintiff's claims are dismissed with prejudice, with each side to bear its own costs and fees. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.